# United States Court of Appeals
### For the Eighth Circuit

_____

No. 20-3002

_____

Charles Raynor,

*Plaintiff - Appellant,*

v.

United States Postal Service, Louis DeJoy, Postmaster General,

*Defendant - Appellee.*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central

_____

Submitted: May 5, 2021
Filed: May 10, 2021
[Unpublished]

_____

Before COLLOTON, BENTON, and STRAS, Circuit Judges.

_____

PER CURIAM.

In this employment discrimination action, Charles Raynor appeals the district court's[1] adverse grant of summary judgment. After de novo review of the record and

---

[1]The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas.

the parties' arguments on appeal, we find no basis for reversal.  Accordingly, we affirm.  *See* 8th Cir. R. 47B.

_____